# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: |
| D & E MINING LLC, | ) |
| Defendant. | ) |

## COMPLAINT

Comes now the United States of America, Plaintiff, by and through Joyce White Vance, United States Attorney for the Northern District of Alabama, and Lane Hines Woodke, Assistant United States Attorney for this District, and states as follows:

1. This is a civil action commenced by the United States of America and the Court has jurisdiction hereof under 28 U.S.C. § 1345.

2. Defendant is indebted to the Plaintiff in the principal sum of $2,514.43, penalty charges of $236.01, administrative and other charges of $1,081.59, plus accrued interest of $39.32 as of February 24, 2014, as is more fully shown on the Certificate of Indebtedness attached hereto, marked Exhibit 1.

3. Defendant has wrongfully refused and failed to pay the aforesaid amount although demand has been duly made for restitution.

WHEREFORE, Plaintiff prays judgment against Defendant for the principal sum of $2,514.43, penalty charges of $236.01, administrative and other charges of $1081.59, plus accrued interest in the amount of $39.32 as of February 24, 2014, and at the rate of 1% per annum until date of judgment on the principal amount of $2,514.43, for a total of $3,871.35; costs in accordance with 28 U.S.C. §2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full.

## COUNT II

4. Plaintiff incorporates paragraphs 1 through 3 above as if set out fully herein.

5. Defendant is indebted to Plaintiff in the principal sum of $1,200.00, penalty charges of $19.32, administrative and other charges of $438.39, plus accrued interest of $29.88 as of May 23, 2012, as is more fully shown on the Certificate of Indebtedness attached hereto, marked Exhibit 2.

6. Defendant has wrongfully refused and failed to pay the aforesaid amount although demand has been duly made for restitution.

WHEREFORE, Plaintiff prays judgment against Defendant for the principal sum of $1,200.00, penalty charges of $19.32, administrative and other charges of $438.39, plus accrued interest in the amount of $29.88 as of May 23, 2012, and at the rate of 0% per annum until date of judgment on the principal amount of $1,200.00, for a total of $1,687.59, costs in accordance with 28 U.S.C. §2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full.

### COUNT III

7. Plaintiff incorporates paragraphs 1 through 6 above as if set out fully herein.

8. Defendant is indebted to Plaintiff in the principal sum of $8,317.00, penalty charges of $132.62, administrative and other charges of $2,779.43, plus accrued interest of $206.01 as of September 19, 2012, as is more fully shown on the Certificate of Indebtedness attached hereto, marked Exhibit 3.

9. Defendant has wrongfully refused and failed to pay the aforesaid amount although demand has been duly made for restitution.

WHEREFORE, Plaintiff prays judgment against Defendant for the principal sum of $8,317.00, penalty charges of $132.62, administrative and other charges of $2,779.43, plus accrued interest in the amount of $206.01 as of September 19, 2012, and at the rate of 0% per annum until date of judgment on the principal amount of $8,317.00, for a total of $11,435.06, costs in accordance with 28 U.S.C. §2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full.

### COUNT IV

10. Plaintiff incorporates paragraphs 1 through 9 above as if set out fully herein.

11. Defendant is indebted to Plaintiff in the principal sum of $285.00, penalty charges of $4.50, administrative charges and other charges of $107.97, plus accrued interest of $7.06 as of October 24, 2012, as is more fully shown on the Certificate of Indebtedness attached hereto, marked Exhibit 4.

12. Defendant has wrongfully refused and failed to pay the aforesaid amount although demand has been duly made for restitution.

WHEREFORE, Plaintiff prays judgment against Defendant for the principal sum of $285.00, penalty charges of $4.50, administrative and

other charges of $107.97, plus accrued interest in the amount of $7.06 as of October 24, 2012, and at the rate of 0% per annum until date of judgment on the principal amount of $285.00, for a total of $404.53, costs in accordance with 28 U.S.C. §2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full.

## COUNT V

13. Plaintiff incorporates paragraphs 1 through 12 above as if fully set out herein.

14. Defendant is indebted to Plaintiff in the principal sum of $687.00, penalty charges of $10.95, administrative and other charges of $241.73, plus accrued interest of $17.17 as of May 15, 2013, as is more fully shown on the Certificate of Indebtedness attached hereto, marked Exhibit 5.

15. Defendant has wrongfully refused and failed to pay the aforesaid amount although demand has been duly made for restitution.

WHEREFORE, Plaintiff prays judgment against Defendant for the principal sum of $687.00, penalty charges of $10.95, administrative and other charges of $241.73, plus accrued interest in the amount of $17.17 as of May 15, 2013, and at the rate of 0% per annum until date of judgment on the principal amount of $687.00, for a total of $956.85,

costs in accordance with 28 U.S.C. §2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full.

## COUNT VI

16. Plaintiff incorporates paragraphs 1 through 15 above as if set out fully herein.

17. Defendant is indebted to Plaintiff in the principal sum of $1,149.00, penalty charges of $19.84, administrative and other charges of $396.49, plus accrued interest of $30.48 as of September 18, 2013, as is more fully shown on the Certificate of Indebtedness attached hereto, marked Exhibit 6.

18. Defendant has wrongfully refused and failed to pay the aforesaid amount although demand has been duly made for restitution.

WHEREFORE, Plaintiff prays judgment against Defendant for the principal sum of $1,149.00, penalty charges of 19.84, administrative and other charges of $396.49, plus accrued interest in the amount of $30.48 as of September 18, 2013, and at the rate of 0% per annum until date of judgment on the principal amount of $1,149.00, for a total of $1,595.81, costs in accordance with 28 U.S.C.§2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full.

## COUNT VII

19. Plaintiff incorporates paragraphs 1 through 18 above as if set out fully herein.

20. Defendant is indebted to Plaintiff in the principal sum of $2,277.00, penalty charges of $26.20, administrative and other charges of $762.98, plus accrued interest of $42.91 as of October 23, 2013, as is more fully shown on the Certificate of Indebtedness attached hereto, marked Exhibit 7.

21. Defendant has wrongfully refused and failed to pay the aforesaid amount although demand has been duly made for restitution.

WHEREFORE, Plaintiff prays judgment against Defendant for the principal sum of $2,277.00, penalty charges of $26.20, administrative and other charges of $762.98, plus accrued interest in the amount of $42.91 as of October 23, 2013, and at the rate of 0% per annum until date of judgment on the principal amount of $2,277.00, for a total of $3,109.09, costs in accordance with 28 U.S.C. §2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full.

## COUNT VIII

22. Plaintiff incorporates paragraphs 1 through 21 above as if set out fully herein.

23. Defendant is indebted to Plaintiff in the principal sum of $10,836.00, penalty charges of $187.03, administrative and other charges of $3,627.85, plus accrued interest of $287.37 as of December 18, 2013, as is more fully shown on the Certificate of Indebtedness attached hereto, marked Exhibit 8.

24. Defendant has wrongfully refused and failed to pay the aforesaid amount although demand has been duly made for restitution.

WHEREFORE, Plaintiff prays judgment against Defendant for the principal sum of $10,836.00, penalty charges of $187.03, administrative and other charges of $3,627.85, plus accrued interest in the amount of $287.37 as of December 18, 2013, and at the rate of 0% per annum until date of judgment on the principal amount of $10,836.00, for a total of $14,938.25, costs in accordance with 28 U.S.C. §2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full.

## COUNT IX

25. Plaintiff incorporates paragraphs 1 through 24 above as if set out fully herein.

26. Defendant is indebted to Plaintiff in the principal sum of $10,437.00, penalty charges of $168.14, administrative and other charges of

$3,486.54, plus accrued interest of $263.06 as of December 18, 2013, as is more fully shown on the Certificate of Indebtedness attached hereto, marked Exhibit 9.

27. Defendant has wrongfully refused and failed to pay the aforesaid amount although demand has been duly made for restitution.

WHEREFORE, Plaintiff prays judgment against Defendant for the principal sum of $10,437.00, penalty charges of $168.14, administrative and other charges of $3,486.54, plus accrued interest in the amount of $263.06 as of December 18, 2013, and at the rate of 0% per annum until date of judgment on the principal amount of $10,437.00, for a total of $14,354.74, costs in accordance with 28 U.S.C. §2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full.

WHEREFORE, Plaintiff prays judgment against Defendant for sum total as to Count I of $3,871.35 with interest accruing on the principal amount of $2,514.43 at the rate of 1% per annum until date of judgment, costs in accordance with 28 U.S.C. §2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full; and as to

Counts II through IV, Plaintiff prays judgment against Defendant for a sum total of $48,481.92, with 0% interest accruing on the principal amounts, costs in accordance with 28 U.S.C. §2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full.

JOYCE WHITE VANCE
UNITED STATES ATTORNEY

*/s/ Lane Hines Woodke*
LANE HINES WOODKE
Assistant United States Attorney
Attorneys for Plaintiff
U.S. Department of Justice
1801 Fourth Avenue North
Birmingham, AL 35203
(205)244-2001