# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 5:14-CV-00644-IPJ |
| ) | |
| v ) | |
| ) | |
| D & E MINING LLC, ) | |
| ) | |
| Defendant. ) | |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following finding and conclusions.

1. The Summons and Complaint were served upon Defendant on May 17, 2014; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military.

3. Defendant is indebted to Plaintiff in the principal sum of 37,702.43, administrative costs of $12,922.97, penalty charges of $804.61, court costs of $350.00 pursuant to 28 U.S.C. §2412(a)(2), accrued interest of $930.70 through June 12, 2014, at the rate of 1 percent per annum until

date of judgment on Count I only (Counts II through IX do not accrue prejudgment interest), plus interest from the date of judgment at the prevailing legal rate per annum, and costs of process service of $15.22.

4. Plaintiff is due to recover from Defendant the total sum of $52,725.93 plus interest from June 12, 2014 until date of judgment at the rate of 1 percent per annum on Count I only, and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

DONE this the 16th day of June, 2014.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE